# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Dionicio Sanchez and Aurora Sanchez

)
) **Bankruptcy No.** 12 B 19315
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on <u>February 28, 2013 at 10:30 a.m.</u> In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Frances Gecker is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Dionicio Sanchez and Aurora Sanchez
Bankruptcy No. 12 B 19315

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtors' Attorney*

**Khoi Dang-Vu**
Law Offices of Khoi Dang-VU
2002 W Cermak Road
Chicago, IL 60608

*Trustee*

**Frances Gecker**
325 North LaSalle Street
Suite 625
Chicago, IL 60654

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

*Debtors*

**Dionicio Sanchez and Aurora Sanchez**
3711 West 58th Place
Chicago, IL 60629